# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH J. MCGILL | ) | CASE NO. 25-50752 |
| XXX-XX-2481 | ) | CHAPTER 7 |
| | ) | JUDGE MINA NAMI KHORRAMI |
| Debtor | ) | |

## NOTICE OF WITHDRAWAL OF APPLICATION TO
## PAY FILING FEE IN INSTALLMENTS (Doc. 8)

Now comes Elizabeth J. McGill, by her attorney, Kelly Gene Kotur, and hereby withdraws the Application to Pay Filing Fee in Installments (Doc. 8) filed on February 28, 2025.

**DAVIS & KOTUR LAW OFFICE CO. LPA**

/s/Kelly Gene Kotur
Kelly Gene Kotur (0081295)
DAVIS & KOTUR LAW OFFICE CO. LPA
407-A Howard Street
Bridgeport, OH 43912
Telephone:  (740) 635-1217
Fax:  (740) 633-9843
kellykotur@davisandkotur.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal was served upon the following parties either electronically through this Court's ECF system at the email address registered with the Court or by first-class mail, postage prepaid, this 3rd day of March, 2025:

Office of the U.S. Trustee
170 North High Street
Suite 200
Columbus, OH 43215
Ustpregion09.cb.ecf@usodj.gov

Myron N. Terlecky, Trustee
575 S. Third Street
Columbus, OH 43215

Elizabeth J. McGill
3267 County Road 60
Bergholz, OH 43908

Creditors listed on the attached matrix

**Dated:**  March 3, 2025


/s/Kelly Gene Kotur
Kelly Gene Kotur (0081295)
407-A Howard Street
Bridgeport, OH 43912
Telephone:  (740) 635-1217
Fax:  (740) 633-9843
kellykotur@davisandkotur.com
Attorney for Debtor